**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

**REHEARING ACTION: December 21, 2011**

**Docket Number: 11   00724-CA**

**TYNIRSHA W. RHINE**
**VERSUS**
**BAYOU PIPE COATING, ET AL.**

**Appealed from Iberia Parish Case No. 103271**

**BEFORE JUDGES:**

> **Hon. Ulysses Gene Thibodeaux**
> **Hon. Billy Howard Ezell**
> **Hon. J. David Painter**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Tynirsha W. Rhine, et al** has this day been

> **DENIED.**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **The Bayou Companies, LLC, et al** has this day been

> **DENIED.**

cc: Raymond M. Allen, Counsel for the Appellant
    Morgan J. Wells, Jr., Counsel for the Appellant
    Louis Roy Koerner, Jr., Counsel for the Appellee